1   SANDRA KETNER, ESQ., Bar # 8527
    Z. KATHRYN BRANSON, ESQ., Bar #11540
2   LITTLER MENDELSON, P.C.
    200 S. Virginia St.
3   8th Floor
    Reno, NV 89501
4   Telephone:   775.348.4888
    Fax No.:      775.786.0127
5   Email: sketner@littler.com
    Email: kbranson@littler.com
6
    Attorneys for Defendants
7   RENOWN HEALTH (improperly named as "RENOWN
    REGIONAL MEDICAL CENTER"), ALMA MEDINA, ALLIE
8   SAUNDERS, MEGAN PAILING, SUZANNE OETJEN, TEENA
    THOMAS, MANDY ROBERTS, KATHERINE SIMS, LEON GILL
9   and KRISTA STRYKER

FILED ___   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

APR 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

10                  UNITED STATES DISTRICT COURT

11                       DISTRICT OF NEVADA

12

13   SHAUN ROBINSON,                          ORDER

14            Plaintiff,                Case No. 3:16-cv-00372-MMD-WGC

15   vs.                                **MOTION FOR EXCEPTION TO
                                        ATTENDANCE REQUIREMENTS FOR
16   RENOWN REGIONAL MEDICAL            EARLY NEUTRAL EVALUATION
     CENTER, ALMA MEDINA an individual, SESSION**
17   ALLIE SAUNDERS an individual, TEENA
     THOMAS an individual, KRISTA       **ENE DATE: MAY 12, 2017**
18   STRYKER an individual, SUSAN OETJEN
     an individual, MANDY ROBERTS an    **ENE TIME: 1:30 P.M.**
19   individual, LEON GILL an individual,
     MEGAN PAILING an individual,       **MAGISTRATE JUDGE VALERIE P.
20   KATHERINE SIMS an individual, SONIA COOKE**
     TORRES an individual and DOE,
21
              Defendants.
22

23        Defendants RENOWN HEALTH (improperly named in the Complaint as "RENOWN

24   REGIONAL MEDICAL CENTER"), ALMA MEDINA, ALLIE SAUNDERS, MEGAN PAILING,

25   SUZANNE OETJEN, TEENA THOMAS, MANDY ROBERTS, KATHERINE SIMS, LEON GILL and

26   KRISTA STRYKER[1] ("Defendants"), by and through their attorneys of record, hereby file

27   _____

28   [1] As of the date of filing this Motion, Defendants understand that Sonia Torres has not been served with the
     Summons and Complaint.

LITTLER MENDELSON, P.C
Attorneys At Law
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888

1   this Motion requesting permission to excuse Individual Defendants Krista Stryker, Mandy

2   Roberts, Megan Pailing, Katherine Sims, and Leon Gill from attendance at the Early Neutral

3   Evaluation ("ENE") Session set for May 12, 2017.

4          The Order Scheduling ENE Session (ECF No. 48) requires all parties to appear in

5   person for the ENE.  Defendants are represented in this action by Littler Mendelson and the

6   undersigned counsel will appear at the ENE.  Renown Health will be represented at the

7   ENE by Ryan Mandell, Esq., Deputy General Counsel, who will have binding authority,

8   within his discretion, to settle this matter on behalf of all of the Defendants.  Any offer

9   extended on behalf of Renown will necessarily be global and include a release of all claims

10  Plaintiff has asserted against all of the Defendants.  Moreover, Defendants submit that the

11  Individual Defendants have been improperly named in this lawsuit and there is no merit to

12  Plaintiff's claims asserted against them, as argued in detail in Defendants' pending Motion

13  to Dismiss (which if granted will dispose of all claims asserted against the Individual

14  Defendants).  (ECF No. 27.)  Discovery is also currently stayed as to the Individual

15  Defendants, pending resolution of the Motion.  (ECF No. 38.)

16         Individual Defendants Suzanne Oetjen, Alma Medina, Allie Saunders and Teena

17  Thomas plan to attend the ENE.  However, five Individual Defendants seek exemption from

18  the personal attendance requirements for the reasons set forth below:

19         **Krista Stryker** is currently undergoing treatment for a serious medical condition

20  and is also living with her parents in the Bay Area in California.  Traveling to Reno to

21  attend the ENE would interrupt her current medical treatment.

22         **Mandy Roberts** no longer resides in Reno, Nevada.  Mrs. Roberts now resides in

23  Battle Mountain which is approximately three and one-half (3.5) hours from Reno.  Mrs.

24  Roberts also has a 14-month old son and her husband is often traveling for business, which

25  renders childcare and multi-day travel extremely burdensome.

26         **Megan Pailing** is scheduled to work on the day of the ENE and requests to be

27  excused in order to attend work.

28         **Katherine Sims** is graduating from nursing school on the same day as the ENE and

2.

LITTLER MENDELSON, P.C
Attorneys At Law
200 S. Virginia St.
8th Floor
Reno, NV 89501
775.348.4888

1   requests to be excused in order to attend her graduation.

2   **Leon Gill** is now employed as a Human Resources manager for a local

3   manufacturing company and is scheduled to work on the day of the ENE.  Mr. Gill requests

4   to be excused in order to attend work.

5   In consideration of the above, Renown Health respectfully requests that the Court

6   grant its request to excuse the attendance of Individual Defendants Krista Stryker, Mandy

7   Roberts, Megan Pailing, Katherine Sims, and Leon Gill at the ENE session scheduled for

8   May 12, 2017.

9   Dated:  April 12, 2017

10

11                                          /s/Sandra Ketner
                                            SANDRA KETNER, ESQ.
12                                          Z. KATHRYN BRANSON, ESQ.
                                            LITTLER MENDELSON, P.C.
13

14                                          Attorneys for Defendants
                                            RENOWN HEALTH (improperly named as
15                                          "REGIONAL MEDICAL CENTER"), ALMA
                                            MEDINA, ALLIE SAUNDERS, MEGAN PAILING,
16                                          SUSAN OETJEN, TEENA THOMAS, MANDY
                                            ROBERTS, KATHERINE SIMS, LEON GILL and
17   Firmwide:146876546.1 082204.1017       KRISTA STRYKER

18

19

20                                          IT IS SO ORDERED

21

22                                          U.S. MAGISTRATE JUDGE

23                                          DATED: April 27, 2017

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia St
8th Floor
Reno, NV 89501
775.348.4888