# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA

SHAUN ROBINSON,

    Plaintiff,

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:16-cv-00372-MMD-WGC

RENOWN REGIONAL
MEDICAL CENTER, et al.,

    Defendant(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (ECF No. 27) is granted in part and denied in part.  Judgment is entered in favor of the Individual Defendants.

July 10, 2017                                         **DEBRA K. KEMPI**
                                                        Clerk

                                                        /s/ K. Rusin
                                                        Deputy Clerk