SANDRA KETNER, ESQ., Bar # 8527
Z. KATHRYN BRANSON, ESQ., Bar #11540
LITTLER MENDELSON, P.C.
200 S. Virginia St. 8th Floor
Reno, NV 89501
Telephone: 775.348.4888
Fax No.: 775.786.0127
Email: sketner@littler.com
Email: kbranson@littler.com

Attorneys for Defendant RENOWN HEALTH
(improperly named as "RENOWN REGIONAL MEDICAL CENTER")

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHAUN ROBINSON,

        Plaintiff,

vs.

RENOWN REGIONAL MEDICAL
CENTER, ALMA MEDINA an
individual, ALLIE SAUNDERS an
individual, TEENA THOMAS an
individual, KRISTA STRYKER an
individual, SUSAN OETJEN an
individual, MANDY ROBERTS an
individual, LEON GILL an individual,
MEGAN PAILING an individual,
KATHERINE SIMS an individual,
SONIA TORRES an individual and
DOE,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 3:16-cv-00372-MMD-WGC

**STIPULATION FOR DISMISSAL
WITH PREJUDICE AND WAIVER
OF APPEAL IN EXCHANGE FOR
WAIVER OF COSTS; ORDER**

      IT IS HEREBY STIPULATED between Plaintiff Shaun Robinson ("Plaintiff")

and Defendant Renown Health ("Defendant"), by and through its counsel of record,

that Plaintiff Shaun Robinson waives his right to file an appeal or otherwise seek

appellate review of any decision(s) issued by this Court in this matter. Additionally,

Plaintiff waives his right to pursue any and all claims, counterclaims, cross-claims against any and all parties related to his prior employment with Defendant Renown Health. In exchange, Defendant agrees to waive its entitlement to recover any further costs awarded to it which are subject to the Writ of Garnishment (ECF No. 118) following the entry of this Order.

Dated: August 27 , 2018

/s/ *Shaun Robinson*
SHAUN ROBINSON
6319 Blue Lakes Ct.
Reno, NV 89523

Dated: August 28, 2018

/s/Sandra Ketner
SANDRA KETNER, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants RENOWN HEALTH (improperly named as "Renown Regional Medical Center")

**ORDER**

IT IS SO ORDERED.

Dated this  28th  day of  August , 2018.

UNITED STATES DISTRICT JUDGE

2